IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRYAN D. NELSON,

        Defendant.

ORDER

Case No. 10-mj-98-slc-01

---

The defendant in the above-entitled case has been:

__X__ convicted of the charge against him and no appeal is pending. The passport is being transferred to the possession of U.S. Probation and Pretrial Services for the Western District of Wisconsin.

_____ convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office, Milwaukee, Wisconsin.

_____ acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____ The defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Dated this 14th day of December, 2011.

BY THE COURT:

_____
STEPHEN L. CROCKER
Magistrate Judge

cc:     USA, Defense Atty, USPO